United States District Court
Southern District of Texas
**ENTERED**
April 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS (LULAC), a nonprofit Latino Civil rights organization; CRISTINA ACOSTA; IVAN CASTILLO; ANTHONY RIOS; and IVAN SANCHEZ,<br>*Plaintiffs*,<br><br>v.<br><br>THE CITY OF HOUSTON; and PAT J. DANIEL, in her official capacity as City Secretary for the City of Houston<br>*Defendants*. | §§§§§§§§§§§§§<br><br>Civil Action No. 4:22-cv-04199 |

## **ORDER**

The Court has considered the Joint Motion for Continuance of Scheduling Conference, and is of the opinion that the Motion has merit and should be and is hereby GRANTED.

It is therefore ORDERED that the current Scheduling Conference in this case, currently set for April 21, 2023, at 11:00 a.m., is reset to **July 28, 2023 at 10:00 a.m.**. The Scheduling Conference will be by Zoom. The joint discovery/case management plan is due July 21, 2023.

SIGNED on April 19, 2023 at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge